```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

|  |  |
|---|---|
| **NATIONAL SHOPMEN PENSION FUND, et al.,** | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | )  Civil Action No. 06-1318 (RWR) |
| **MARC F. STEIN,** | ) ) ) |
| Defendant. | ) ) |

### ORDER TO SHOW CAUSE

Plaintiffs filed their complaint on July 26, 2006, but no proof of service upon defendant has been filed. Accordingly, it is hereby

ORDERED that on or before March 5, 2007, plaintiffs shall file proof of service upon defendant or show cause in writing why this case should not be dismissed for failure to prosecute.

SIGNED this 23rd day of February, 2007.

```
                              _____/s/_____
                              RICHARD W. ROBERTS
                              United States District Judge
```