UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL SHOPMEN PENSION FUND, )
et. al. )
)
　　　　　　　　Plaintiffs, )
)
　　v. )
) Civil Action No. 1:06cv01318
MARC F. STEIN, )
d/b/a M F STEIN CORPORATION, )
a/k/a M F STEIN CORP )
)
　　　　　　　　Defendant. )

## PRAECIPE TO DISMISS WITHOUT PREJUDICE

The Clerk of the Court will please dismiss the above captioned case without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(I). No answer or motion for summary judgment has been filed by Defendant Marc F. Stein d/b/a MF Stein Corporation a/k/a MF Stein Corp. in this case.

　　　　　　　　Respectfully submitted,

Dated: February 27, 2008　　　　　/s/ Marc Rifkind
　　　　　　　　Marc H. Rifkind, Esq. (D.C. Bar No. 416183)
　　　　　　　　SLEVIN & HART, P.C.
　　　　　　　　1625 Massachusetts Avenue, NW, Suite 450
　　　　　　　　Washington, DC  20036
　　　　　　　　202-797-8700  (Telephone)
　　　　　　　　202-234-8231  (Facsimile)

　　　　　　　　Counsel for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that on this 27th day of February, 2007, a copy of the foregoing Praecipe to Dismiss Without Prejudice, was served via first-class mail, postage prepaid, upon the following:

    Marc F. Stein, Owner
    MF Stein Corporation
    2560 East Tioga Street
    Philadelphia, PA 19134

                                      /s/ Marc Rifkind
                                      Marc Rifkind

@PFDesktop\::ODMA/PCDOCS/SLEVINHARTDM/35117/1